FILED

August 21, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
IFTIKHAR AHMAD ,                        )
                                        )
            Defendant.                  )
_____)

Case No. MAG. 07-0261 DAD

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release IFTIKHAR AHMAD, Case No. MAG. 07-0261

DAD, Charge Title 18 USC §§ 2; 1028; 1341; 1957, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of $ 1,000,000.00 (secured by real property)

_____    Unsecured Appearance Bond

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

__X__    (Other)        with pretrial services supervision and conditions of

release.

Issued at _Sacramento, CA_ on __August 21, 2007__ at __4:15__ pm .

By _____

Dale A. Drozd
United States Magistrate Judge